IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMELLE JAMES                                                                                   PLAINTIFF

v.                                       Civil No. 6:18-cv-6099

DIRECTOR WENDY KELLEY,
JADA LAWRENCE, MINDY
SHELL, WARDEN NAUSIA
FAUST, DEPUTY WARDEN
ANTHONY JACKSON,
SERGEANT JASON CLEMONS,
and SERGEANT CHERRYL
ASHCRAFT                                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 26, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant conducted a preservice screening of Plaintiff Jamelle James's complaint and now recommends that the Court dismiss certain of Plaintiff's claims pursuant to 28 U.S.C. § 1915A. Specifically, Judge Bryant finds that Plaintiff fails to allege any facts to support a claim upon which relief may be granted as to all claims except for his official capacity claims for injunctive relief against Defendants Ashcraft, Faust, Jackson, and Lawrence. Accordingly, Judge Bryant recommends that the Court dismiss without prejudice all of Plaintiff's claims except for his official capacity claims for injunctive relief against Defendants Ashcraft, Faust, Jackson, and Lawrence.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 23) *in toto*. Plaintiff's claims in this case are hereby **DISMISSED**

**WITHOUT PREJUDICE**, except for his official capacity claims for injunctive relief against Defendants Ashcraft, Faust, Jackson, and Lawrence. Plaintiff's claims for injunctive relief against those certain Defendants shall remain for service.

      **IT IS SO ORDERED**, this 18th day of March, 2019.

                                                 /s/ Susan O. Hickey
                                                 Susan O. Hickey
                                                 Chief United States District Judge