IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMELLE JAMES                                                                                       PLAINTIFF

v.                                             Civil No. 6:18-cv-6099

JADA LAWRENCE,
WARDEN NAUSIA
FAUST, DEPUTY WARDEN
ANTHONY JACKSON,
and SERGEANT CHERRYL
ASHCRAFT                                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 15, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 24). Judge Bryant Recommends that the Court grant Defendants' Motion for Summary Judgment (ECF No. 19) and dismiss this case with prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 24) *in toto*. Defendants' Motion for Summary Judgment (ECF No. 19) is hereby **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge